**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6257**

ANTHONY FRED MARTIN,

Plaintiff - Appellant,

v.

ASSISTANT WARDEN GREGORY WASHINGTON,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. David C. Norton, District Judge. (4:18-cv-00187-DCN)

Submitted: February 23, 2021                     Decided: February 26, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Fred Martin, Appellant Pro Se. Andrew Lindemann, LINDEMANN, DAVIS & HUGHES, PA, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Fred Martin appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on Martin's amended 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Washington*, No. 4:18-cv-00187-DCN (D.S.C. Jan. 22 & Feb. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*